UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VIVIAN J. LLOYD, et al.,

    Plaintiffs,

v.                              Case No. 3:04-cv-512-J-20MMH

ROBERT C. CLOSE,

    Defendant.
_____/

## ORDER

Before the Court is the parties' Stipulated Motion to Modify or Amend Scheduling Order and to Waive Necessity of Records Custodians (Doc. No. 69, filed on June 27, 2005), which is **GRANTED**.

**DONE AND ENTERED** at Jacksonville, Florida, this 30th day of June, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Peter G. Shutters, Esq.
Randall J. Silverberg, Esq.